## STATE STREET BANK AND TRUST COMPANY *v.* JEROME T. DUNBAR

The defendant's petition for certification for appeal from the Appellate Court (AC 26543) is denied.

*Jerome T. Dunbar,* pro se, in support of the petition.

Decided September 12, 2005

## SHARON STANLEY *v.* STEVEN K. STANLEY

The defendant's petition for certification for appeal from the Appellate Court is dismissed.

*Steven K. Stanley,* pro se, in support of the petition.

Decided September 12, 2005

## LORRAINE COTE *v.* COLONIAL PENN FRANKLIN INSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 88 Conn. App. 262 (AC 24938), is denied.

*Max F. Brunswick,* in support of the petition.

*Christopher F. Wanat,* in opposition.

Decided September 20, 2005

## STATE OF CONNECTICUT *v.* ISSCHAR HOWARD

The defendant's petition for certification for appeal from the Appellate Court, 88 Conn. App. 404 (AC 25251), is denied.